UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | |
|---|---|
| AGXPLORE INTERNATIONAL, LLC, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) Case No. 1:23-cv-00108-SNLJ ) ) |
| JOSEPH DANIEL SHEFFER, et al. | ) ) |
| Defendants. | ) ) |

**PLAINTIFF'S MOTION FOR LEAVE TO**
**WITHDRAW REQUESTS FOR INJUNCTIVE RELIEF**

Plaintiff AgXplore International ("**AgXplore**") asks that the Court grant it leave to withdraw its requests for injunctive relief. AgXplore's withdrawal of its requests for injunctive relief will (1) terminate the Consent Temporary Restraining Order (Doc. 29) and (2) moot AgXplore's Motion for Temporary Restraining Order and Preliminary Injunction (Doc. 43).

Dated: February 23, 2024

Respectfully submitted,

By: */s/ Ida S. Shafaie*
Ida S. Shafaie, #66220MO
Mark P. Ohlms, #69262MO
Armstrong Teasdale LLP
7700 Forsyth Boulevard, Suite 1800
St. Louis, Missouri 63105
314.621.5070
314.621.5065 (Facsimile)
ishafaie@atllp.com
mohlms@atllp.com

**ATTORNEYS FOR PLAINTIFF
AGXPLORE INTERNATIONAL, LLC**

**CERTIFICATE OF SERVICE**

I hereby certify that on the 23rd day of February 2024, the foregoing was electronically filed with the Clerk of the Court and served by operations of the Court's electronic filing system upon all counsel of record.

*/s/ Ida S. Shafaie*
Ida S. Shafaie

2