UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

AGXPLORE INTERNATIONAL, LLC, )
           )
  Plaintiff,      )
           )
v.          )  Case No. 1:23-CV-00108-SNLJ
           )
JOSEPH DANIEL SHEFFER, et al., )
           )
  Defendants.     )

## JOINT NOTICE OF SETTLEMENT

The parties, by and through their undersigned counsel, jointly notify the Court that the parties have reached a settlement in this matter. The parties anticipate that they will complete the settlement documentation and file a stipulation of dismissal with prejudice within the next 45 days.


By: *s/ David Given*
David A. Given
Faegre Drinker Biddle & Reath LLP
300 North Meridian Street, Suite 2500
Indianapolis, Indiana 46204
Telephone:  317.237.0300
Fax:  317.237.1000
david.given@faegredrinker.com

By: */s/ Ida S. Shafaie (with permission)*
Ida S. Shafaie
Armstrong Teasdale LLP
7700 Forsyth Blvd., Suite 1800
St. Louis, Missouri 63105
Telephone:  314.621.5070
Fax:  314.621.5065
ishafaie@atllp.com


**ATTORNEYS FOR DEFENDANT MERISTEM CROP PERFORMANCE GROUP, LLC**

**ATTORNEYS FOR PLAINTIFF AGXPLORE INTERNATIONAL, LLC**


DMS_US.378493298.1

By: *s/ Kevin P. Clark (with permission)*
Kevin P. Clark
Litchfield Cavo LLP
222 South Central Ave., Suite 600
Clayton, MO 63105
Telephone:  314.396.8601
Fax: 314.725.3006
clark@litchfieldcavo.com


**ATTORNEYS FOR DEFENDANTS
JEREMY SHEFFER, DANIEL SHEFFER,
ERIK KELLIM, AND JAMES "BREWER"
BLESSITT**


## CERTIFICATE OF SERVICE

I hereby certify that on July 17, 2026, the foregoing was filed electronically with

the Clerk of Court to be served by operation of the Court's electronic filing system upon

all counsel of record.

*/s/ David A. Given*

2