UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

Plaintiff(s),
**AgXplore International LLC**

v.                                                    **Case No. 1:23-cv-00108-SNJ**

Defendant(s),
**Joseph Daniel Sheffer, et al and**
**Meristem Crop Performance Group, LLC**

**ALTERNATIVE DISPUTE RESOLUTION COMPLIANCE REPORT**

Complete one option and file this report with the Clerk's Office:

---

**Option 1**

❑ The neutral elects to extend the deadline for completing ADR for 14 days and will continue efforts to assist the parties in reaching a settlement. Revised completion deadline: _____. *Such an election by the neutral is permitted once during the span of a mediation in a single case.* **If the parties require more time to complete mediation, lead counsel must file a motion with the Court.**

---

**Option 2**

☑ An ADR conference was held on: __**July 16, 2026**_____.

All required individuals, parties, counsel of record, corporate representatives, and/or claims professionals attended and participated in the ADR conference in good faith, and each possessed the requisite settlement authority;

The following individuals, parties, counsel of record, corporate representatives, and/or claims professionals failed to appear and/or participate in good faith as ordered: ____**N/A**_____ _____.

The ADR referral was concluded on__**July 16, 2026**_____. The parties [X❑ did  ❑ did not] achieve a settlement.                    *Check One*

---

**Option 3**

❑      Although this case was referred to ADR, a conference WAS NOT HELD.

---

Date___7/22/2026_____      Neutral___**Judge Jay Daugherty**_____